

# NUMBER 13-22-00619-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## EX PARTE DANIEL AINSWORTH

**On appeal from the 85th District Court
of Brazos County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Silva
Memorandum Opinion by Justice Silva**

This cause is before the Court on State's motion to dismiss.[1] This cause is also before the Court on appellant's notice of withdrawal of defendant's appeal and motion for nonsuit which are together construed as a voluntary motion to dismiss. Appellant's motion was signed by the appellant, and he is not represented by counsel. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

attorney must sign a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). Furthermore, the matter being appealed is now moot.

Accordingly, the State and appellant's motions are granted, and this appeal is hereby dismissed. Having dismissed the appeal at the state and appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
16th day of February, 2023.